## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:16CR109** |
| **vs.** | ) | |
| | ) | **TRIAL ORDER** |
| **ROBERT M. BRANNON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Speedy Trial Act,

**IT IS ORDERED**:

1.  The above-entitled case, **on Count III**, is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, August 23, 2016 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2.  Any motions for a continuance of this trial date shall be electronically filed on or before **August 12, 2016** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3.  Counsel for the United States shall confer with defense counsel and, no later than **August 16, 2016**, advise the court of the anticipated length of trial.

**DATED July 21, 2016.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge