# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:16CR109** |
| vs. | ) | |
| | ) | **ORDER** |
| **ROBERT M. BRANNON,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     This matter is before the court on defendant's unopposed motion to continue trial on all counts [30] as counsel needs additional time to investigate and prepare for trial. The defendant has complied with NECrimR 12.1(a). For good cause shown,

     **IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial on Counts I and II, currently set for August 16, 2016 is continued to **October 18, 2016.**

1. The jury trial on Count III, currently set for August 23, 2016 is continued to **October 25, 2016.**

     2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 18, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     **DATED August 2, 2016.**

     **BY THE COURT:**

     s/ F.A. Gossett
     **United States Magistrate Judge**